# EXHIBIT A

# New Mexico Governor Suspends First Amendment To Silence Criticism Over Suspending Second Amendment

POLITICS · Sep 13, 2023 · BabylonBee.com



# New Mexico Criminals Excited To Hear No One Will Be Armed For Entire Month

GUNS · Sep 9, 2023 · BabylonBee.com



# Dems Accidentally Reveal Their Plan To Destroy The Constitution Ahead of Schedule

POLITICS · Sep 10, 2023 · BabylonBee.com



# 10 More Things Trump Plans To Rename

U.S. · Jan 8, 2025 · BabylonBee.com

