# EXHIBIT B
## *Placeholder*

**Exhibit B to the Complaint is manually lodged with the Court in accordance with the United States District of New Mexico CM/ECF Administrative Procedures Manual 9(g)(4).**