# EXHIBIT C

| LFC Requester: | Emily Hilla |
|---|---|

**AGENCY BILL ANALYSIS**
**2024 REGULAR SESSION**

**WITHIN 24 HOURS OF BILL POSTING, UPLOAD ANALYSIS TO:**

**Analysis.nmlegis.gov**

*{Analysis must be uploaded as a PDF}*

**SECTION I:  GENERAL INFORMATION**
*{Indicate if analysis is on an original bill, amendment, substitute or a correction of a previous bill}*

*Check all that apply:*                                                    **Date** 1/24/24
**Original**    x   **Amendment** ___                     **Bill No**: HB182
**Correction** ___  **Substitute** ___

**Sponsor:** Chasey, Little, Duhigg

**Agency Name and Code Number**: PRC-430

**Short Title:** Election Changes

**Person Writing** Bradford Borman
**Phone:** 412-3502    **Email** Bradford.borman@prc.nm.

**SECTION II:  FISCAL IMPACT**

**APPROPRIATION (dollars in thousands)**

| Appropriation | | Recurring or Nonrecurring | Fund Affected |
|---|---|---|---|
| **FY24** | **FY25** | | |
| n/a | n/a | n/a | n/a |
| | | | |

(Parenthesis ( ) Indicate Expenditure Decreases)

**REVENUE (dollars in thousands)**

| Estimated Revenue | | | Recurring or Nonrecurring | Fund Affected |
|---|---|---|---|---|
| **FY24** | **FY25** | **FY26** | | |
| **n/a** | **n/a** | **n/a** | n/a | |
| | | | | |

(Parenthesis ( ) Indicate Expenditure Decreases)

Compl. Ex. C, Page 1

**ESTIMATED ADDITIONAL OPERATING BUDGET IMPACT (dollars in thousands)**

|  | FY24 | FY25 | FY26 | 3 Year Total Cost | Recurring or Nonrecurring | Fund Affected |
|---|---|---|---|---|---|---|
| **Total** | Unknown | Unknown | Unknown | Unknown | Unknown | General Fund |

(Parenthesis ( ) Indicate Expenditure Decreases)

Duplicates/Conflicts with/Companion to/Relates to:
Duplicates/Relates to Appropriation in the General Appropriation Act

## SECTION III:  NARRATIVE

**BILL SUMMARY**

Synopsis:

This bill amends the Campaign Reporting Act, Section 1-19-1 et seq., NMSA 1978, by implementing disclaimer requirements for campaign advertisements that use artificial intelligence, and make violations of these requirements subject to civil penalties as determined elsewhere in the Campaign Reporting Act. The bill also would make it a criminal act to distribute or agree to distribute materially deceptive material, and enacts definitions of both "materially deceptive material" and "artificial intelligence", along with other terms used in the bill, to assist in enforcing the provisions of the bill.

**FISCAL IMPLICATIONS**

It is not expected that the PRC will expend any time or funds enacting rules required by this bill or otherwise implementing this bill.

**SIGNIFICANT ISSUES**

The enforcement of certain provisions of this bill may be subject to challenge on First Amendment grounds and impeding the exercise of free speech.

**PERFORMANCE IMPLICATIONS**

No performance implications for the PRC.

**ADMINISTRATIVE IMPLICATIONS**

No administrative implications for the PRC.

**CONFLICT, DUPLICATION, COMPANIONSHIP, RELATIONSHIP**

None identified.

**TECHNICAL ISSUES**

No technical issues affecting the PRC.

**OTHER SUBSTANTIVE ISSUES**

None identified.

**ALTERNATIVES**

None identified.

**WHAT WILL BE THE CONSEQUENCES OF NOT ENACTING THIS BILL**

The existing status quo would continue.

**AMENDMENTS**

None identified.