# EXHIBIT E





# State of New Mexico

**Michelle Lujan Grisham**
*Governor*

March 5, 2024

HOUSE EXECUTIVE MESSAGE NO. 58

The Honorable Javier Martinez, Speaker of the House and
Members of the New Mexico House of Representatives
State Capitol Building
Santa Fe, NM 87501

Speaker Martinez and Members of the House:

Pursuant to my authority under Article IV, Section 22 of the New Mexico Constitution, I have signed HOUSE JUDICIARY COMMITTEE SUBSTITUTE FOR HOUSE BILL 182, without emergency clause, enacted by the Fifty-Sixth Legislature, Second Session, 2024. With the rise in artificial intelligence, it is vital that we address and prevent its use to deceive voters and disrupt democracy—especially before the upcoming elections later this year. However, the primary enforcement agency for the Campaign Reporting Act, the State Ethics Commission, expressed concerns to my Office about this legislation's enforceability following its passage since the Legislative Finance Committee failed to request the Commission's input during the session. I, too, am concerned that portions of this legislation are ambiguous and may pose legal issues. To that end, I will be requesting an official opinion from the Attorney General to address these issues. It is my hope that this opinion will clarify any ambiguities and provide guidance to those who will enforce, or be subject to, this legislation.

Respectfully yours,

Michelle Lujan Grisham
Governor

RECEIVED FROM THE OFFICE OF THE GOVERNOR

Time: _12:48___ a.m. (p.m.)
Date: _MARCH 5,_ 2024    for    By _____
                                 Secretary of State

State Capitol  •  Room 400  •  Santa Fe, New Mexico 87501  •  505-476-2200

Compl. Ex. E, Page 1

Time: 1:36 _____ a.m. p.m.
Date: March 5, _____ 2024

By _Gia M. Ortiz McCutcheon_
Chief Clerk of the House

2

State Capitol  •  Room 400  •  Santa Fe, New Mexico 87501  •  505-476-2200

Compl. Ex. E, Page 2