**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

**The Babylon Bee, LLC**,

*Plaintiff*,

v.

**Celia Foy Castillo**, in her official capacity as Chair of the State Ethics Commission, *et al.*,

*Defendants*.

**Case No. 1:26-cv-02628-LF-JFR**

**PHILIP A. SECHLER'S UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR THE BABYLON BEE, LLC**

Pursuant to D.N.M.LR-Civ. 83.8(a), Philip A. Sechler of Alliance Defending Freedom hereby moves this Court for an order permitting him to withdraw as counsel of record for The Babylon Bee, LLC and states as follows.

1. The Babylon Bee, LLC ("Plaintiff") is aware of this motion and consents to Philip A. Sechler's withdrawal.

2. Plaintiff will continue to be represented by Jonathan Scruggs, P. Logan Spena, and Christine N. Marsden of Alliance Defending Freedom; and Melanie J. Rhodes of And Justice Law.

3. Philip A. Sechler's withdrawal will not cause any material adverse effect on the interests of the client.

4. Plaintiff's counsel has conferred by e-mail with Defendants' counsel, and Defendants do not oppose this motion.

WHEREFORE, Philip A. Sechler respectfully requests the Court grant this Motion and permit him to withdraw as counsel for The Babylon Bee, LLC.

Respectfully submitted this 17th day of September, 2026.

*s/ Philip A. Sechler*
Philip A. Sechler, DC Bar No. 426358
psechler@ADFlegal.org
ALLIANCE DEFENDING FREEDOM
44180 Riverside Pkwy
Lansdowne, Virginia 20176
(571) 707-4655

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 17, 2026, I filed and served a true and correct copy of the foregoing Motion to Withdraw on all counsel of record via filing with the CM/ECF filing system.

Dated: September 17, 2026

*s/ Philip A. Sechler*
Philip A. Sechler, DC Bar No. 426358
psechler@ADFlegal.org
Alliance Defending Freedom
44180 Riverside Pkwy
Lansdowne, Virginia 20176
(571) 707-4655

*Attorney for Plaintiff*